AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARLON MAURICE ELLIS,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV123-18

LT. JORDAN and WARDEN PASCAL,

   Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 12, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses this case without prejudice as a sanction for Plaintiff's abuse of the judicial process and closes this civil action.



| | |
|---|---|
| May 12, 2023 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020